**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| MODERNATX, INC., *et al.*, | : | |
| Plaintiffs, | : | PENDING BEFORE THE UNITED |
| | : | STATES DISTRICT COURT FOR |
| v. | : | THE DISTRICT OF |
| | : | MASSACHUSETTS |
| PFIZER INC., *et al.*, | : | |
| Defendants, | : | Civil No. 1:22-cv-11378-RGS |
| | : | |

_____

| | | |
|---|---|---|
| MODERNATX, INC., *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC., *et al.*, | : | Misc. No. 2:23-mc-00154-JMG |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY OF | : | |
| PENNSYLVANIA, *et al.*, | : | |
| Respondents. | : | |

_____

## **ORDER**

**AND NOW**, this 29th day of January, 2024, upon consideration of Plaintiff's, Modernatx, Inc., Motion to Compel Document Production and Deposition from the University of Pennsylvania, Drew Weissman, and Norbert Pardi (ECF No. 1), and Respondents Response in Opposition (ECF No. 2), the Court has determined that exceptional circumstances exist to transfer to the District of Massachusetts under Federal Rule of Civil Procedure 45(f) the Plaintiff's Motion to Compel (ECF No. 1), which seeks to compel compliance with subpoenas served by Modernatx,

Inc. in the patent infringement actions styled *Modernatx, Inc. v. Pfizer Inc.*, Case No. 1:22-cv-11378 (D. Mass.).[1]

IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to TRANSFER immediately this miscellaneous action to the United States District Court for the District of Massachusetts.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Upon review of the docket in the underlying case, and following consultation between this Court and that of the District of Massachusetts, transfer of this motion to the latter Court is in the greater interest of the case "to avoid disrupting the issuing Court's management of the underlying litigation," etc. Fed. R. Civ. P. 45(f) advisory committee's note (2013 amendments).

2